Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MS Amlin Marine N.V. t/a Lead Yacht<br>MS Amlin Marine N.V. t/a Lead Yacht acting on behalf of MS Amlin Insurance SE; Syndicate 0457; Syndicate 1969; Syndicate 2791; Syndicate 5000; and Convex Insurance U.K. Ltd., Underwriters at Lloyd's, London Subscribing to Policy B1098M203407<br><br>                                    Plaintiffs,<br>    v.<br><br>Delta Marine Industries, Inc., a Washington corporation; Marine Travelift, Inc., a Wisconsin corporation; Kendrick Equipment (USA) LLC, a Washington corporation, and Kendrick Equipment, Ltd., a Canadian corporation, Arxcis, Inc., a Washington corporation,<br><br>                                    Defendants. | NO.  2:23-CV-00014<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE - 1

10034-0233  Order of Dismissal (stipulated)
Case No.  2:23-CV-00014

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Pursuant to the stipulation of the parties and for good cause appearing herein, IT IS HEREBY ORDERED that Defendant Marine Travelift, Inc. is hereby dismissed with prejudice and without fees and costs to any party

DATED this 11th day of July, 2024.

_____
Honorable Jamal N. Whitehead

Submitted by:

PREG O'DONNELL & GILLETT PLLC

By *s/Eric P. Gillett* _____
Eric P. Gillett, WSBA #23691
Noah Winkeller, WSBA #53309
Attorneys for Marine Travelift, Inc.
401 Union Street, Suite 1900
Seattle, Washington 98101
Firm Email:
egillett@pregodonnell.com
nwinkeller@pregodonnell.com

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE - 2
10034-0233  Order of Dismissal (stipulated)
Case No.  2:23-CV-00014

PREG O'DONNELL & GILLETT PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113