UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MS AMLIN MARINE NV, SYNDICATE 0457, SYNDICATE 1969, SYNDICATE 2791, SYNDICATE 5000, CONVEX INSURANCE UK LTD, and UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY B1098M203407,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA MARINE INDUSTRIES INC, MARINE TRAVELIFT INC, KENDRICK EQUIPMENT (USA) LLC, KENDRICK EQUIPMENT LTD, and ARXCIS INC,<br><br>Defendants. | CASE NO. 2:23-cv-14<br><br>ORDER RESOLVING PLAINTIFFS' MOTION FOR CLARIFICATION |

This matter comes before the Court on Plaintiffs' Motion for Clarification, Dkt. No. 101, which asks the Court to clarify its Order Granting Plaintiffs' Motion to Seal Exhibit 8, Dkt. No. 95. Plaintiffs ask the Court to clarify whether that Order issued a ruling specifically on Exhibit C to the Declaration of Patrick Hudson.

The Court CLARIFIES that neither of Plaintiffs motions to seal, Dkt Nos. 53 and 79, requested that the Court seal Exhibit C to the Declaration of Patrick

**ORDER** RESOLVING PLAINTIFFS' MOTION FOR CLARIFICATION - 1

Hudson. And the Court will not construe Defendants passing mention of Exhibit C in its opposition to Plaintiffs' second motion to seal as such a request. *See* Dkt. No. 86. Exhibit C was thus not before the Court, and the Court has not ruled on whether it may be filed under seal.

Dated this 31st day of July, 2024.

Jamal N. Whitehead
United States District Judge