THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MS AMLIN MARINE N.V. t/a Lead Yacht acting on behalf of MS Amlin Insurance SE; SYNDICATE 0457; SYNDICATE 1969; SYNDICATE 2791; SYNDICATE 5000; AND CONVEX INSURANCE U.K. LTD., UNDERWRITERS AT LLOYD'S, LONDON Subscribing to Policy B1098M203407,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA MARINE INDUSTRIES, INC., a Washington corporation; KENDRICK EQUIPMENT (USA) LLC, a Washington corporation, and KENDRICK EQUIPMENT, LTD., a Canadian corporation, ARXCIS, INC., a Washington corporation,<br><br>Defendants. | Case No. 2:23-cv-00014-JNW<br><br>**IN ADMIRALTY**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendants Delta Marine Industries, Inc., Kendrick Equipment (USA) LLC, Kendrick Equipment, LTD., and Arxcis, Inc., hereby stipulate and agree that the above-entitled action may be dismissed with prejudice and without costs and/or attorney fees to any party.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
No. 2:23-cv-00014-JNW

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  DATED: March 27, 2025

2                                          BALLARD SPAHR LLP

3
                                           By:   *s/Katie Smith Matison*
4                                                Katie Smith Matison, WSBA No. 20737
                                                 matisonk@ballardspahr.com
5                                                Katie Bass, WSBA No. 51369
                                                 Bassk@ballardspahr.com
6                                                1420 Fifth Avenue, Suite 4200
                                                 Seattle, WA 98111
7                                                Telephone: 206.223.7000
                                                 Facsimile: 206.223.7107
8

9                                          *Attorneys for Plaintiffs*

10                                         FORSBERG & UMLAUF, P.S.

11
                                           By:   *s/Martin J. Pujolar*
12                                               Martin J. Pujolar, WSBA #36049
                                                 Paul S. Smith, WSBA #28099
13                                               Forsberg & Umlauf, P.S.
                                                 901 Fifth Avenue, Suite 1400
14                                               Seattle, WA 98164
                                                 Phone: (206) 689-8500
15                                               MPujolar@FoUm.law
                                                 PSmith@FoUm.law
16

17                                         *Attorneys for Defendant Kendrick*
                                           *Equipment (USA) LLC*
18

19                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

20                                         By:   *s/Gregory S. Worden*
                                                 Gregory S. Worden
21                                               Lewis Brisbois Bisgaard & Smith LLP
                                                 1111 Third Avenue, Suite 2700
22                                               Seattle, WA 98101
                                                 Tel: (206) 436-2020
23                                               Gregory.worden@lewisbrisbois.com

24
                                           *Attorneys for Arxcis Inc.*
25

26

27

STIPULATION AND ORDER OF DISMISSAL                    BALLARD SPAHR LLP
WITH PREJUDICE - 2                                    1420 FIFTH AVENUE, SUITE 4200
No. 2:23-cv-00014-JNW                                 P.O. BOX 91302
                                                      SEATTLE, WASHINGTON 98111-9402
                                                      206.223.7000 FAX: 206.223.7107

BAUER MOYNIHAN & JOHNSON LLP

By:  s/ Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
Mark A. Krisher, WSBA No. 39314
Delta Marine Industries, Inc.
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: tgwaller@bmjlaw.com
makrisher@bmjlaw.com

*Attorneys for Defendant Delta Marine Industries, Inc.*

## ORDER

Based on the foregoing, it is SO ORDERED.

DATED: April 2, 2025

_____
The Honorable Jamal N. Whitehead
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
No. 2:23-cv-00014-JNW

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107